**Stacey Ann PETERS Individually and as Next Friend for Haleigh Nicole Peters and Haleigh Nicole Peters, Respondent,**

v.

**Jason Scott PETERS, David Lee Peters and Betty Louann Peters, Appellants.**

**No. WD 64107.**

Missouri Court of Appeals, Western District.

May 17, 2005.

Craig D. Ritchie, St. Joseph, MO, for appellants.

Thomas R. Summers, St. Joseph, MO, for respondent.

Before NEWTON, P.J., LOWENSTEIN and HARDWICK, JJ.

### ORDER

PER CURIAM.

This case involves the appeal from a judgment granting Stacey Peters (Mother) sole physical custody of her two daughters and joint legal custody with Jason Peters (Father). At trial, Father had argued that in the event he was not awarded physical custody of the children, it should go to his parents, David and Betty Peters (Grandparents). Both Father and Grandparents appeal the court's decision. The judgment is affirmed. Rule 84.16(b).